ORIGINAL

**PETER C. ANDERSON**
**United States Trustee**
**FRANK CADIGAN (Bar No. 95666)**
**Assistant United States Trustee**
OFFICE OF THE UNITED STATES TRUSTEE
RONALD REAGAN FEDERAL BUILDING &
UNITED STATES COURTHOUSE
411 W. Fourth St., Ste. 9041
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421




UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>PEOPLE'S CHOICE HOME LOAN INC.,a Wyoming corporation,[1]<br><br>Debtors. | CHAPTER 11<br>CASE NO.: SA 07-10765-RK<br><br>(Jointly Administered with Case Nos. SA 07-10767-RK and 07-10772-RK<br><br>APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS<br><br>NO HEARING REQUIRED |

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following five (5) members to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

DATED: March 29, 2007

Respectfully submitted,
OFFICE OF THE UNITED STATES TRUSTEE

[signature]
FRANK CADIGAN
Assistant United States Trustee

---

1. The Debtors are People's Choice Home Loan, Inc., a Wyoming corporation, Fed. Tax I.D. No.: 94-3348277; People's Choice Funding, Inc., a Delaware corporation, Fed. Tax I.D. No.: 20-1156865; and People's Choice Financial Corporation, a Maryland corporation, Fed. Tax ID No.: 20-1157100

IN RE: PEOPLE'S CHOICE HOME LOAN, INC., et al.
CASE NO.: SA 07-10772-RK; SA 07-10765-RK; SA 07-10767-RK

E MORTGAGE LOGIC, LLC
Gene O'Bannon & Ralph Sells
8317 Whitley Road
Fort Worth, TX 76148
Telephone: (817) 788-4418
Facsimile: (817) 428-1753

iDIRECT MARKETING, INC.
Carla Hastings
9880 Research Dr.
Suite 100
Irvine, CA 92618
Telephone: (949) 753-7300
Facsimile: (949) 753-7523

FIDELITY NATIONAL INFORMATION SERVICES (LSI TAX SERVICES)
William McCreary, Jr.
3100 New York Dr.
Suite 100
Pasadena, CA 91107
Telephone: (626) 345-3501
Facsimile: (626) 808-9077

DLJ MORTGAGE CAPITOL, INC.
Michael A. Criscito
11 Madison Avenue
New York, NY 10010
Telephone: (212) 325-2401
Facsimile: (917) 326-8089

RESIDENTIAL FUNDING CO., LLC
Neil Luris
8400 Normandale Lake Blvd.
Suite 250
Minneapolis, MN 55437
Telephone: (216) 321-5606
Facsimile: (801) 751-9537

EXHIBIT A

DECLARATION OF SERVICE

I am employed in Orange County, California, in the Office of the United States Trustee under the supervision of a member of the bar at this Court under whose direction the service was made. I am a United States citizen, over eighteen years of age, not a party to the above-entitled action. My business address is the Office of the United States Trustee, 411 W. Fourth Street, Suite 9041, Santa Ana, California 92701-8000.

On 3/29/ , 2007, I served a true copy of the within **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** on the interested parties at his or their known address by U.S. mail addressed as follows:

PEOPLE'S CHOICE HOME LOAN, INC.
PEOPLE'S CHOICE FINANCIAL CORPORATION
PEOPLE'S CHOICE FUNDING, INC.
Robert Harris, Board Member
7515 Irvine Center Drive
Irvine, CA 92618

J. RUDY FREEMAN, ESQ.
PACHULSKI, STANG, ZIEHL, et al.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067

ALL COMMITTEE MEMBERS AS LISTED ON EXHIBIT A

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/29/07

DINAH GROSCH