WINSTON & STRAWN LLP
ERIC E. SAGERMAN (S.B. No. 155496)
JUSTIN E. RAWLINS (S.B. No. 209915)
DAVID L. WILSON III (S.B. No. 246436)
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone Number: (213) 615-1700
Facsimile Number: (213) 615-1750
esagerman@winston.com
jrawlins@winston.com
dlwilson@winston.com

Former Counsel for the Official Committee of
Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:07-10765-RK |
| PEOPLE'S CHOICE HOME LOAN, INC., et al.[1] | Chapter 11 (Jointly administered with Case Nos. 8:07-10767-RK and 8:07-10772-RK) |
| Debtors. | **NOTICE OF HEARING ON FINAL APPLICATIONS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR VARIOUS ESTATE PROFESSIONALS**  |
| | Date: November 12, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 5D<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>Judge: Hon. Robert N. Kwan |

---

[1] The Debtors in these proceedings were: People's Choice Home Loan, Inc., People's Choice Funding, Inc. and People's Choice Financial Corporation.

1

LA:225260.2

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE** that a hearing will be held on November 12, 2008, at 11:00 a.m. in Courtroom 5D, Ronald Reagan Federal Building, 411 West Fourth Street, Santa Ana, CA 92701 before the Honorable Robert N. Kwan for the Court to consider and act upon the applications (the "Final Applications") of various professionals (the "Estate Professionals") employed in the above-captioned cases (the "Cases") for final approval of compensation and reimbursement of expenses.

      **PLEASE TAKE FURTHER NOTICE** that copies of the Final Applications filed by the Estate Professionals identified below will be on file with the Clerk of the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana, California 92701 no later than October 17, 2008, will be available for inspection during the Court's normal business hours and may also be obtained by a party in interest upon specific written request to the pertinent Estate Professional or to David L. Wilson, Winston & Strawn LLP, 333 S. Grand Avenue, 38th Floor, Los Angeles, CA 90071, Telephone: 213-615-1700, Facsimile: 213-615-1750.

      The compensation and reimbursement requested by Estate Professionals in the Final Applications is as follows:[2]

      (1)    Pachulski Stang Ziehl & Jones LLP, former general bankruptcy counsel to People's Choice Home Loan, Inc., People's Choice Funding, Inc., and People's Choice Financial Corporation (collectively, the "Debtors"), is seeking final compensation and reimbursement of expenses for the period March 20, 2007, through and including August 12, 2008, of $3,728,937.77, consisting of $2,935,735.25 in fees incurred and $793,202.52 in expenses advanced.

      (2)    Alvarez & Marsal, former financial advisor to the Debtors, is seeking final approval for compensation and reimbursement of expenses for the period March 20, 2007, through and including August 12, 2008, of $3,276,003.67, consisting of $3,150,148.50 in fees incurred and $125,855.17 in costs advanced.

---

[2] These figures include amounts previously paid to certain Estate Professionals on account of monthly or interim applications submitted in accordance with the Interim Compensation Procedures Order approved in this case.

LA:225260.2

(3)  Hunton & Williams LLP, former special corporate counsel to the Debtors, is seeking final approval for compensation and reimbursement of expenses for the period March 20, 2007, through and including August 12, 2008, of $267,140.72, consisting of $263,066.50 in fees incurred and $4,074.22 in costs advanced.

(4)  Grant Thornton LLP, former tax accountants for the Debtors, is seeking final approval for compensation and reimbursement of expenses, for the period May 8, 2007, through and including August 11, 2008, of $1,380,631.20, consisting of $1,374,289.38 in fees incurred and $6,341.82 in costs advanced.

(5)  Winston & Strawn, former counsel to the Official Committee of Creditors (the "Committee") appointed in these Cases, is seeking final approval for compensation and reimbursement of expenses for the period March 28, 2007, through and including August 12, 2008, of $4,796,221.44, consisting of $4,620,415.50 in fees incurred and $175,805.94 in costs advanced.

(6)  FTI Consulting, Inc., former financial advisor to the Committee, is seeking final approval for compensation and reimbursement of expenses for the period March 29, 2007, through and including August 12, 2008, of $1,579,001.58, consisting of $1,557,255.89 in fees incurred and $21,745.69 in costs advanced.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(a)(7), any response or opposition must be in writing and filed with the Court and served upon the appropriate Estate Professional and undersigned counsel no later than fourteen (14) days prior to the hearing date. Pursuant to Local Bankruptcy Rule 9013-1(a)(11), the failure to timely file any response or opposition may be deemed by the Court to be consent to the approval of the Final Applications.

Dated: October 10, 2008                WINSTON & STRAWN LLP


By:  /s/ David L. Wilson III
     David L. Wilson III
     Former Counsel for the Official
     Committee Of Unsecured Creditors

LA:225260.2